| | |
|---|---|
| 1  ISMAIL J. RAMSEY (CABN 189820)<br>    United States Attorney<br>2<br>   MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  ROBERT DAVID REES (CABN 229447)<br>    Assistant United States Attorney<br>5<br>        1301 Clay Street, Suite 340S<br>6       Oakland, California 94612<br>        Telephone: (510) 637-3680<br>7       FAX: (510) 637-3724<br>        Email: Robert.rees@usdoj.gov<br>8<br>   Attorneys for United States of America | **FILED**<br><br>Jun 27 2024<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES OF AMERICA,  )  CASE NO. 3:24-mj-70953 MAG
                           )
        Plaintiff,         )  NOTICE OF PROCEEDINGS ON OUT-OF-
                           )  DISTRICT CRIMINAL CHARGES PURSUANT TO
        v.                 )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                           )  RULES OF CRIMINAL PROCEDURE
JESSE DWAYNE ARNETT,       )
                           )
        Defendant.         )
                           )

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about June 27, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe)

pending in the Northern District of Oklahoma, Case Number CR 24-0203 JDR.

In that case (copy of indictment attached), the defendant is charged with one count of coercion and enticement of a minor, in violation of 18 U.S.C. 2422(b) and one count of sexual exploitation of a child in violation of 18 U.S.C. 2251(a) and 2251(e).

The maximum penalties are as follows:

Count One: Between 10 years and life imprisonment; lifetime supervised release, $250,000 fine,

$100 special assessment, forfeiture, restitution.

    Count Two:  Between 15 and 30 years imprisonment, lifetime supervised release, $250,000 fine, $100 special assessment, forfeiture, restitution.

Respectfully Submitted,

ISMAIL J. RAMSEY  
UNITED STATES ATTORNEY

Date:  June 27, 2024

    /s  
ROBERT DAVID REES  
Assistant United States Attorney